UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

Enock Nyaomti,

        Plaintiff,

–v–

The Mount Sinai Hospital, et al.,

        Defendants.

21-cv-8020 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant Mount Sinai Hospital's motion to set aside default. Dkt. No. 43. Plaintiff effectively consents to this request, by asking that this Court "strike void the certificate of default (Dkt #32)." Dkt. No. 49. Accordingly, the Court grants Defendant's motion to set aside default.

    SO ORDERED.

Dated: February 8, 2022
       New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge