UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENOCK NYAMOTI,
                    Plaintiff,

-v-

THE MOUNT SINAI HOSPITAL, *et al.*,
                    Defendants.

21-CV-8020 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The reference to the designated magistrate judge for General Pretrial and for a Report and Recommendation on Defendants' motions to dismiss is hereby withdrawn.

    The Clerk of Court is directed to send a copy of this order to the Plaintiff.

    SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge