UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENOCK NYAMOTI,

                  Plaintiff,

           -v-

THE MOUNT SINAI HOSPITAL, *et al*.
                  Defendants.

21-CV-8020 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff shall file a response to the Defendants' motion for judgment on the pleadings by January 6, 2023. If no response is filed by that date, the motion will be treated as unopposed. The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: December 7, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge